IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 2:25–mj–00136–CBB

                                           Magistrate Judge Christopher B. Brown

AIDAN HARDING

                Defendant.

## **PROBABLE CAUSE ORDER**

    AND NOW, this day the 12th of February 2025, following a Preliminary Hearing, the Court finds that probable cause exists which supports a finding that the charged violations have been committed by the defendant.

                                                                         BY THE COURT:

                                                              s/ Christopher B. Brown

                                                            United States Magistrate Judge